THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JILLIAN LYSAGHT,                          :
                                          : CIVIL ACTION NO. 1:25-CV-1265
          Plaintiff,                      : (JUDGE MARIANI)
                                          : (Chief Magistrate Judge Bloom)
          v.                              :
                                          :
FRANK BISIGNANO,                          :
Commissioner of Social Security,          :
                                          :
          Defendant.                      :

## ORDER

AND NOW, THIS _____ DAY OF MAY 2026, upon review of Chief Magistrate

Judge Daryl F. Bloom's Report and Recommendation ("R&R") (Doc. 15), for clear error or

manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 15) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's appeal of the Acting Commissioner's decision (Doc. 1) is **DENIED**.

3. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of the Commissioner

   of Social Security and against Plaintiff Jillian Lysaght.

4. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge